| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915        **E-filed 10/19/05**
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR IOFFE, ) | |
| ) | |
| Plaintiff, ) | C-05-2516-JF |
| ) | |
| v. ) | |
| ) | |
| Department of Homeland Security, MICHAEL ) | **STIPULATION TO DISMISS WITHOUT** |
| CHERTOFF, Secretary; U.S. Attorney General, ) | **PREJUDICE; AND** |
| ALBERTO GONZALES; United States ) | **ORDER** |
| Citizenship and Immigration Services, ) | |
| EDUARDO AGUIRRE, JR., Director; United ) | |
| States Citizenship and Immigration Services, ) | |
| ALFONSO AGUILAR, Chief; United States ) | |
| Citizenship and Immigration Services, DAVID ) | |
| STILL, District Director, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate the plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C-05-2516-JF                                      1

Date:  October 14, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: October 14, 2005

/s/
GERI N. KAHN
Jewish Family & Children's Services
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   10/19/05

/s/electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Kahn and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C-05-2516-JF                                  2